UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN LAUREANO,

                Plaintiff,

      -against-

A&M LOUNGE REST. INC., et al.,

              Defendants.
------------------------------------------------------------X

22-CV-3244 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on April 20, 2022, (Doc. 1), and filed affidavits of service on June 18, 2022, (Docs. 7–8). The deadline for Defendants to respond to Plaintiff's complaint was June 1, 2022. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 28, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 21, 2022
            New York, New York

                                                          VERNON S. BRODERICK
                                                          United States District Judge